James C. Waggoner, OSB #74330
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone (503) 241-2300
Facsimile (503) 778-5299

    Of Attorneys for Creditor Daehong Technew Corp

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re:<br><br>Deep Photonics Corporation,<br><br>                Debtor. | Case No. 12-35626-tmb11<br><br>**DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 BANKRUPTCY CASE TO CHAPTER 7** |
|---|---|

    Daehong Technew Corp ("Daehong") opposes NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 BANKRUPTCY CASE TO CHAPTER 7, or, more accurately, their renewed motion to dismiss or convert this proceeding.

    Although the earlier version of this motion was denied without prejudice some change in circumstances other than the filing of a proposed plan and disclosure ought to transpire before renewing a motion. The proponents in their letter dated July 22, 2013 concerning scheduling of the consideration of the subject motion suggest that they have no new evidence to present. Proponents believe that the debtor is not capable of engaging in business and in confirming a plan and have so believed since the case began. This is not unusual in cases as acrimonious as

Page 1 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

this.  Judicial efficiency and respect for the procedures prescribed in the Code mandate that such disagreements be taken up at the proper time and in the proper context which is clearly a confirmation hearing.  There may be cases in which confirmation is so improbable that the process is appropriately truncated.  This is not one of those cases.  The debtor has proposed a plausible business plan and a confirmable plan of reorganization. Daehong respectfully requests that the process defined by Congress be followed.

      DATED this 23rd day of July, 2013.

                            DAVIS WRIGHT TREMAINE LLP

                            By /s/ James C. Waggoner
                                 James C. Waggoner, OSB #743307

                            Of Attorneys for Daehong Technew Corp.

Page 2 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DAEHONG TECHNEW'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 BANKRUPTCY CASE TO CHAPTER 7,** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 23rd day of July, 2013.

DAVIS WRIGHT TREMAINE LLP

By /s/ James C. Waggoner
   James C. Waggoner, OSB #743307
   jameswaggoner@dwt.com

   Of Attorneys for Creditor Daehong Technew Corp

Page 3 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## **INTERESTED LIST OF PARTIES**

ECF PARTIES

JOHN A BERGE on behalf of 3rd Pty Defendant   Daehong Technew Corporation
berge@bljlawyers.com,  jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant   Enterprise Law Group, Inc
berge@bljlawyers.com,  jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant Bruce  Juhola berge@bljlawyers.com, jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant Dong Kwan Kim berge@bljlawyers.com, jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant Roy  Knoth berge@bljlawyers.com, jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant Theodore  Alekel berge@bljlawyers.com, jackie@bljlawyers.com

JOHN A BERGE on behalf of 3rd Pty Defendant Wayland  Brill berge@bljlawyers.com, jackie@bljlawyers.com

JOHN A BERGE on behalf of Creditor   Daehong Technew Corporation
berge@bljlawyers.com,  jackie@bljlawyers.com

WILLIAM F. CLORAN on behalf of 3rd Pty Defendant   Deep Photonics Corporation
wfc@ycblaw.com

WILLIAM F. CLORAN on behalf of Interested Party   Deep Photonics Corporation
wfc@ycblaw.com

WILLIAM F. CLORAN on behalf of Plaintiff   Deep Photonics Corporation
wfc@ycblaw.com

TIMOTHY J CONWAY on behalf of Debtor   Deep Photonics Corporation
tim.conway@tonkon.com,  nancy.kennedy@tonkon.com

TIMOTHY J CONWAY on behalf of Interested Party   Deep Photonics Corporation
tim.conway@tonkon.com,  nancy.kennedy@tonkon.com

WILLIAM  DAVIS on behalf of 3rd Pty Defendant   Enterprise Law Group, Inc
wdavis@davisrothwell.com,  vbaggs@davisrothwell.com

WILLIAM  DAVIS on behalf of 3rd Pty Defendant Wayland  Brill wdavis@davisrothwell.com, vbaggs@davisrothwell.com

BRYAN  GEON on behalf of 3rd Party Plaintiff Joseph  LaChapelle bgeon@pitzerlaw.net

BRYAN  GEON on behalf of Creditor Joseph G LaChapelle bgeon@pitzerlaw.net

Page 4 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

BRYAN GEON on behalf of Defendant Joseph G LaChapelle bgeon@pitzerlaw.net

S WARD GREENE on behalf of Creditor   Raytex Corporation
ward.greene@greenemarkley.com,  connie.gorrell@greenemarkley.com

LESLIE S JOHNSON on behalf of Creditor   Raytex Corporation
ljohnson@kentlaw.com,  smiller@kentlaw.com

LESLIE S JOHNSON on behalf of Creditor   Raytex USA Corporation
ljohnson@kentlaw.com,  smiller@kentlaw.com

LESLIE S JOHNSON on behalf of Defendant   Raytex Corporation
ljohnson@kentlaw.com,  smiller@kentlaw.com

LESLIE S JOHNSON on behalf of Defendant   Raytex USA Corporation
ljohnson@kentlaw.com,  smiller@kentlaw.com

MICHAEL D. LANGFORD on behalf of Spec. Counsel   Kilpatrick Townsend & Stockton LLP, as special counsel for the Debtor
mlangford@kilpatricktownsend.com

STEPHEN G LEATHAM on behalf of Creditor   RLA Engineering, LLC
sgl@hpl-law.com

MATTHEW A LEVIN on behalf of Creditor   nLight Photonics Corporation
MattLevin@MHGM.com,  Docket@MHGM.com;MichelleRobles@MHGM.com

MATTHEW A LEVIN on behalf of Defendant   NLight Photonics Corporation
MattLevin@MHGM.com,  Docket@MHGM.com;MichelleRobles@MHGM.com

MATTHEW A LEVIN on behalf of Defendant Cary  Keist MattLevin@MHGM.com, Docket@MHGM.com;MichelleRobles@MHGM.com

MATTHEW A LEVIN on behalf of Defendant Michael  Munroe MattLevin@MHGM.com, Docket@MHGM.com;MichelleRobles@MHGM.com

CHARLES J PATERNOSTER on behalf of 3rd Party Plaintiff James  Field
cpaternoster@pfglaw.com,  dgoodwin@pfglaw.com

CHARLES J PATERNOSTER on behalf of Creditor James  Field cpaternoster@pfglaw.com, dgoodwin@pfglaw.com

CHARLES J PATERNOSTER on behalf of Defendant James  Field cpaternoster@pfglaw.com, dgoodwin@pfglaw.com

JEFF  PITZER on behalf of 3rd Party Plaintiff Joseph  LaChapelle jpitzer@pitzerlaw.net, spatel@pitzerlaw.net;bgeon@pitzerlaw.net

JEFF  PITZER on behalf of Creditor Joseph G LaChapelle jpitzer@pitzerlaw.net, spatel@pitzerlaw.net;bgeon@pitzerlaw.net

Page 5 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

JEFF PITZER on behalf of Defendant Laurel Mountain Farms
jpitzer@pitzerlaw.net, spatel@pitzerlaw.net;bgeon@pitzerlaw.net

JEFF PITZER on behalf of Defendant Joseph G LaChapelle jpitzer@pitzerlaw.net, spatel@pitzerlaw.net;bgeon@pitzerlaw.net

AVA L SCHOEN on behalf of Debtor Deep Photonics Corporation
ava.schoen@tonkon.com, larissa.stec@tonkon.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

ROBERT J VANDEN BOS on behalf of Creditor nLight Photonics Corporation
vbcservice@yahoo.com, sara@vbcattorneys.com

ROBERT J VANDEN BOS on behalf of Creditor Cary Kiest vbcservice@yahoo.com, sara@vbcattorneys.com

ROBERT J VANDEN BOS on behalf of Creditor Michael Munroe vbcservice@yahoo.com, sara@vbcattorneys.com

ROBERT J VANDEN BOS on behalf of Defendant NLight Photonics Corporation
vbcservice@yahoo.com, sara@vbcattorneys.com

ROBERT J VANDEN BOS on behalf of Defendant Cary Keist vbcservice@yahoo.com, sara@vbcattorneys.com

JAMES C WAGGONER on behalf of Creditor Daehong Technew Corporation
jimwaggoner@dwt.com, bethsanchez@dwt.com;marciebutler@dwt.com

JAMES C WAGGONER on behalf of Interested Party Daehong Technew
jimwaggoner@dwt.com, bethsanchez@dwt.com;marciebutler@dwt.com

PETER WEBER on behalf of 3rd Pty Defendant Enterprise Law Group, Inc
pweber@mpbf.com, gjames@mpbf.com;thill@mpbf.com

PETER WEBER on behalf of 3rd Pty Defendant Wayland Brill pweber@mpbf.com, gjames@mpbf.com;thill@mpbf.com

PETER WEBER on behalf of Creditor Enterprise Law Group, Inc
pweber@mpbf.com, gjames@mpbf.com;thill@mpbf.com

PETER WEBER on behalf of Creditor Wayland Brill pweber@mpbf.com, gjames@mpbf.com;thill@mpbf.com

Page 6 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

NON-ECF PARTIES

TIMOTHY J HALLORAN on behalf of 3rd Pty Defendant   Enterprise Law Group, Inc
88 Kearny St, 10th floor
San Francisco, CA 94108

TIMOTHY J HALLORAN on behalf of 3rd Pty Defendant Wayland  Brill
88 Kearny St, 10th floor
San Francisco, CA 94108


PETER L WEBER on behalf of 3rd Pty Defendant   Enterprise Law Group, Inc
88 Kearny St, 10th floor
San Francisco, CA 94108

PETER L WEBER on behalf of 3rd Pty Defendant Wayland  Brill
88 Kearny St, 10th floor
San Francisco, CA 94108

Page 7 – DAEHONG TECHNEW CORP'S OPPOSITION TO NLIGHT'S AND KIEST'S SECOND MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 TO CHAPTER 7

DWT 22321828v1 0096592-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax