# VANDEN BOS & CHAPMAN, LLP
### ATTORNEYS AT LAW

SUITE 520, THE SPALDING BUILDING
319 SW WASHINGTON STREET
PORTLAND, OREGON 97204-2690
Website: vbcattorneys.com

ROBERT J VANDEN BOS
ANN K. CHAPMAN

DOUGLAS R. RICKS
CHRISTOPHER N. COYLE

Sender's email:
bob@vbcattorneys.com

TELEPHONE
(503) 241-4869

FAX
(503) 241-3731

October 15, 2013

The Honorable Trish M. Brown
US Bankruptcy Judge
US Bankruptcy Court
1001 SW Fifth Avenue, Suite 700
Portland, Oregon 97204

Re: In re Deep Photonics Corporation;
Chapter 11 Case No. 12-35626-tmb11
File No. 7008

Dear Judge Brown:

As you know, Matt Levin and I represent nLight Photonics Corporation and Cary Kiest, the moving parties in the Motion to Dismiss/Convert which is scheduled for hearing before you on October 22, 2013. Raytex Corporation and Joseph LaChapelle joined the Motion.

An agreement has been reached orally with the Debtor in which the Debtor will agree to conversion of the case to Chapter 7. Daehong Technew Corp., which had joined Debtor's Objection to the Motion to Dismiss/Convert, has also agreed to conversion to Chapter 7.

Accordingly, none of the parties intend to submit witness lists, exhibits or further memoranda by today's deadline.

The parties are working on a form of order converting the case to Chapter 7. The parties hope to submit the order no later than tomorrow provided an agreement on form is reached and all signatures can be procured by tomorrow.

Of course, if you have any questions, please feel free to call. Thank you for your cooperation.

Sincerely,

VANDEN BOS & CHAPMAN, LLP

/s/Robert J Vanden Bos
Robert J Vanden Bos

RJVB:sc

**Via Court's Case Management/Electronic Case File system on all CM/ECF participants, including**:

Timothy J. Conway and Ava L. Schoen;
Matthew A. Levin;
James C. Waggoner
Leslie S. Johnson
Ward Greene
Charles Paternoster
Jeff Pitzer

cc: Cary Kiest / via email
Michael Munroe / via email
nLight Photonics Corporation / via email