1  **Timothy J. Conway**, OSB No. 851752
   Direct Dial:   503.802.2027
2     Facsimile:   503.972.3727
   E-Mail:   tim.conway@tonkon.com
3  **Ava L. Schoen,** OSB No. 044072
   Direct Dial:   503.802.2143
4     Facsimile:   503.972.3843
   E-Mail:   ava.schoen@tonkon.com
5  **TONKON TORP LLP**
1600 Pioneer Tower
6  888 SW Fifth Avenue
Portland, OR 97204-2099

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 12-35626-tmb11 |
| Deep Photonics Corporation, | **DEBTOR'S MOTION TO CONVERT** |
| Debtor. | |

Pursuant to 11 USC § 1112(a), Deep Photonics Corporation moves this Court to convert the above-referenced bankruptcy case to a case under Chapter 7 of Title 11 of the United States Code.

Debtor, its secured lender, and all parties that previously sought to have the above-referenced case dismissed, or in the alternative, converted, agree that it is in the best

* * *

* * *

* * *

* * *

* * *

**Page 1 of 2** -  DEBTOR'S MOTION TO CONVERT

1 interest of Debtor, its creditors, and its estate to convert Debtor's bankruptcy case from a
Chapter 11 reorganization to a Chapter 7 liquidation.

DATED this 16th day of October, 2013.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

Page 2 of 2 -   DEBTOR'S MOTION TO CONVERT

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that I served the foregoing **DEBTOR'S MOTION TO CONVERT** on the following parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. |
| 3 | |
| 4 | **ECF PARTICIPANTS** |

- JOHN A BERGE berge@bljlawyers.com, jackie@bljlawyers.com
- WILLIAM F. CLORAN wfc@ycblaw.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- WILLIAM DAVIS wdavis@davisrothwell.com, vbaggs@davisrothwell.com
- BRYAN GEON bgeon@pitzerlaw.net
- S WARD GREENE ward.greene@greenemarkley.com, connie.gorrell@greenemarkley.com
- LESLIE S JOHNSON ljohnson@kentlaw.com, smiller@kentlaw.com
- MICHAEL D. LANGFORD mlangford@kilpatricktownsend.com
- STEPHEN G LEATHAM sgl@hpl-law.com
- MATTHEW A LEVIN MattLevin@MHGM.com, Docket@MHGM.com;MichelleRobles@MHGM.com
- CHARLES J PATERNOSTER cpaternoster@pfglaw.com, dgoodwin@pfglaw.com
- JEFF PITZER jpitzer@pitzerlaw.net, spatel@pitzerlaw.net;bgeon@pitzerlaw.net
- AVA L SCHOEN ava.schoen@tonkon.com, larissa.stec@tonkon.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov
- ROBERT J VANDEN BOS vbcservice@yahoo.com, sara@vbcattorneys.com
- JAMES C WAGGONER jimwaggoner@dwt.com, bethsanchez@dwt.com;marciebutler@dwt.com
- PETER WEBER pweber@mpbf.com, gjames@mpbf.com;thill@mpbf.com

DATED this 16th day of October, 2013.

TONKON TORP LLP


By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

Page 1 of 1 -   CERTIFICATE OF SERVICE