DISTRICT OF OREGON
**F I L E D**
October 18, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

*TRISH M. BROWN*
TRISH M. BROWN
U.S. Bankruptcy Judge

O11to7e (1/18/12) cmr

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re  )
**Deep Photonics Corporation**  ) Case No. **12−35626−tmb11**
Debtor(s)  )
  )  ORDER CONVERTING
  )  CHAPTER 11 CASE TO
  )  CASE UNDER CHAPTER 7;
  )  TRUSTEE APPOINTMENT
  )

A motion having been filed to convert the Chapter 11 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1. Theodore Alekel, who represents the debtor in the capacity of President, is designated, pursuant to Fed. Rule of Bankruptcy Procedure 9001(5), to perform the duties imposed upon the debtor(s) by United States Code Title 11, the Fed. Rules of Bankruptcy Procedure, and this Court's Local Rules.

2. The debtor(s), or Chapter 11 trustee, if one appointed by the Court, must file, within 14 days of the above "Filed" date, all documents required by either ¶a or ¶b:

   a. (1) A complete set of Schedules, Statement of Affairs, and Local Bankruptcy Form #521.05 if the debtor(s) is an individual, with each detailing the debtor's status as of this conversion date; (2) if debtor(s) is an individual, an Official Bankruptcy Form #B22A detailing the debtor's status as of the case filing date; and (3) a separate Master Mailing Matrix, following the requirements of Local Bankruptcy Form #104, listing only new creditors whose unpaid debts were incurred after the filing of the Chapter 11 Petition and before this date of conversion.

Page 1 of 2

**OR** b.  (1) A Declaration, under penalty of perjury, stating that all previously filed Schedules, Statement of Financial Affairs, and any amendments thereto, substantially reflect the condition of the debtor(s) and the estate on this date of conversion; (2) if debtor(s) is an individual, an Official Bankruptcy Form #B22A detailing the debtor's status as of the case filing date; and (3) Schedules I & J detailing debtor's status at conversion, and Local Bankruptcy Form #521.05 if debtor(s) is an individual.

3. (If debtor(s) fails to comply with ¶2 above) The debtor(s) (or designated person in ¶1 above) must appear before the Court at 03:00 PM on 11/4/13 in US Bankruptcy Court, Courtroom #4, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204, and explain the reasons, if any, for the failure to obey a lawful Court order as set forth in ¶2 above. If the failure to obey is not adequately explained, the Court may (a) order a third person to perform the above duties and enter a judgment against the debtor(s) to pay such person reasonable compensation for the services performed and other reasonable costs; (b) deny the debtor's discharge for failure to obey a lawful order of the Court; (c) dismiss this case; or (d) order such other relief as the Court may deem appropriate.

4. Any Court appointed Chapter 11 trustee must, within 35 days of the above "Filed" date, file a final account on Local Bankruptcy Form #1198 with estate information from the filing date to this date of conversion.

###

Kenneth S Eiler, 515 NW Saltzmann Rd- PMB 810, Portland OR 97229, is appointed interim trustee of this estate. The trustee's bond shall be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE